McGREGOR W. SCOTT
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROMAN ANGUIANO RAMOS,<br><br>  Defendants. | CASE NO. CR.S-03-090 EJG<br><br>**ORDER REDUCING PRISON SENTENCE TO TIME SERVED AS TO DEFENDANT ROMAN ANGUIANO RAMOS** |

BEFORE THE COURT is a motion filed by the United States of America and the Director of the Federal Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), seeking a modification of the term of imprisonment of the defendant, Roman Anguiano Ramos, to time served, and commencement of a five-year term of supervised release previously imposed.  The Court finds:

1. Roman Anguiano Ramos pled guilty to Distribution of Methamphetamine and Felon in Possession of a Firearm, in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1).

2. Mr. Ramos was sentenced on July 30, 2004, in the United States District Court for the Eastern District of California, to a 135-month term of imprisonment followed by a five-year term of supervised release.

3. Mr. Ramos' projected release date is November 30, 2012, via Good Conduct Time, but it is extremely unlikely that he will survive to that date.

4. Mr. Ramos, age 41, has been diagnosed with brain cancer, more specifically glioblastoma multiforme (GBM) of the left parieto-occipital of the brain.  According to the Bureau of Prisons, his

1

1  disease is rapidly progressing and his life expectancy is less than six months.

2      5.  Title 18 U.S.C. § 3582(c)(1)(A)(i) authorizes the Court, upon motion of the Director of the
3  Bureau of Prisons, to modify a term of imprisonment upon the finding that extraordinary and
4  compelling reasons warrant the reduction.  The Director of the Bureau of Prisons contends, and this
5  Court agrees, that the defendant's terminal medical condition and limited life expectancy constitute
6  extraordinary and compelling reasons that warrant the requested reduction.

7      IT IS THEREFORE ORDERED that the defendant's term of imprisonment is hereby reduced
8  to the time he has already served.

9      IT IS FURTHER ORDERED that the defendant shall be released from the custody of the
10  Federal Bureau of Prisons as soon as his medical condition permits, the release plan is implemented,
11  and travel arrangements can be made.

12      IT IS FURTHER ORDERED that upon his release from the custody of the Federal Bureau of
13  Prisons, the defendant shall begin serving a five-year term of supervised release previously imposed.

15  Dated:   October 2, 2007

17            /s/ Edward J. Garcia
         EDWARD J. GARCIA
18          Senior U.S. District Judge