PROB 35A

# ORDER TERMINATING TERM OF SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE - NOTICE OF DEATH

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | **Docket Number: 2:03CR00090-05** |
| **Roman Anguiano RAMOS** | |

On October 3, 2007, Mr. Ramos was released early from the custody of the Bureau of Prisons under the provisions for a compassionate release due to a terminal brain tumor. His five year term of supervised release began on that date. On March 13, 2008, the offender passed away. A copy of the death certificate is attached. It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

Dated: July 31, 2008
Elk Grove, California
DAS/cj

1

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG

RE:   Roman Anguiano RAMOS
      Docket Number:   2:03CR00090-05
      **ORDER TERMINATING TERM OF SUPERVISED RELEASE**
      **PRIOR TO EXPIRATION DATE - NOTICE OF DEATH**

---

## ORDER OF COURT

It appearing that the releasee, Roman Anguiano Ramos is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

Date   August 8, 2008                    /s/ EDWARD J. GARCIA
                                         Senior United States District Judge

Attachment

cc:   Richard J. Bender, Assistant United States Attorney
      Steven D. Bauer, Defense Counsel (Appointed)
      428 "J" Street, Suite 350
      Sacramento, California 95814
      Fiscal Clerk - Clerk's Office
      United States Marshal

2

Rev. 05/2007
EARLY TERMINATION ~ ORDER (DEATH) (PROB35A).MRG