IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:03-cr-00090-WBS |
| Plaintiff, | ORDER |
| v. | |
| JORGE CUAHTEMOC RAMOS, et al., | |
| Defendant. | |

    The government has moved for authorization, pursuant to 18 U.S.C. § 2518(8)(a), for the Drug Enforcement Administration is authorized to destroy T-III recordings in this case.  If any defendant objects to the entry of such an order, such defendant shall file a formal objection within 14 days from the date this order is filed.  If no objection is received within that time, the court will grant the government's request and authorize the Drug Enforcement Administration to destroy the recordings.

Dated:  November 15, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE