PHILLIP A. TALBERT
Acting United States Attorney
RICHARD J. BENDER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:03-cr-00090-WBS |
|---|---|
| Plaintiff, | ORDER AUTHORIZING DESTRUCTION OF T-III ORIGINAL RECORDINGS |
| v. | |
| JORGE CUAHTEMOC RAMOS, et al., | |
| Defendant. | |

Upon motion of the government, the case having been closed and good cause having been shown, there being no objection, it is hereby ORDERED that the Drug Enforcement Administration is authorized to destroy the original T-III recordings in the above referenced case.

Dated:  December 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE